**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**CHIEF 2 EAGLES** **CIVIL ACTION**

**VERSUS**

**BANK OF ZACHARY, ET AL.** **NO. 25-01080-BAJ-RLB**

**RULING AND ORDER**

Before the Court is Defendant Bank of Zachary's ("BOZ") **Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 4(m) (Doc. 8)**, asking the Court to dismiss Plaintiff's Complaint for failure to timely serve BOZ. (*Id.* at 1). Plaintiff opposes the Motion. (Doc. 14).

The Magistrate Judge issued a **Report and Recommendation (Doc. 17, the "Report"),** recommending that the Court grant Defendant's Motion (Doc. 8), and deny Plaintiff's Opposition brief (Doc. 14), which is styled as a motion. (Doc. 17 at 8). The Report further recommends that the Court dismiss the above-captioned matter without prejudice for lack of proper service. (*Id.*).

Plaintiff objected to the Report, filed a Declaration in support of same, and moved for a 30-day period to effectuate service. (Doc. 21–Doc. 23). BOZ responded to Plaintiff's Objection, arguing that Plaintiff's prior attestation that he had effectuated personal service was "knowingly untruthful, taints Plaintiff's objection, and is justification for the Magistrate's conclusions." (Doc. 24 at 1).

The Court agrees with the Report's conclusion that Plaintiff failed to effectuate proper service. Plaintiff avers that he now stands ready to serve Defendants, but the

Magistrate Judge has already considered and rejected Plaintiff's similar arguments. In his Opposition brief, Plaintiff argued the following: (1) any defects may be cured by the Court providing Plaintiff more time to serve; (2) Plaintiff should be allowed more time to file supplemental proof of the certified mail attempts; and (3) ultimately, Plaintiff's case should not be dismissed on a procedural basis. (Doc. 6-2; Doc. 14; Doc. 17 at 3). Plaintiff makes the same arguments now. (Doc. 21–Doc. 23). After considering these arguments, however, the Report emphasizes the following:

> As Plaintiff has provided the Court with no evidence of good cause for Plaintiff's failure to serve, provided the court with no evidence of his good faith in trying to properly serve BOZ, and has failed to explain why his process server noted he served Russell Blanchard when it appears this did not occur, the Court finds dismissal without prejudice is fitting. Plaintiff may refile his suit as appropriate under the law and comply with the Federal Rules of Civil Procedure. Further, as Plaintiff has provided no proof of service regarding Haley Davis, nor has he mentioned Haley Davis in his Opposition, the case, as a whole, may be dismissed without prejudice.

(Doc. 17 at 7–8). The Court agrees with the Report's conclusion, and Plaintiff's Objection does not persuade otherwise.

Having carefully considered Plaintiff's Complaint (Doc. 1), the Motion at issue (Doc. 8), the related briefing, and the Report (Doc. 17), the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant Bank of Zachary's **Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 4(m) (Doc. 8)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's **Motion to File**

**Supplemental Proof of Good-Faith Notice and Service Efforts, to Oppose Dismissal for any Curable Service Defect, and to Extend Time to Cure (Doc. 14)** is **DENIED.**

**IT IS FURTHER ORDERED** that the above-captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Final Judgment shall issue separately.

Baton Rouge, Louisiana, this 12th day of November, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**